Judgment reversed and new trial granted, costs to abide the final award of costs.

---

JOHN D. FOUQUET, Appellant, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

Second Department, January 24, 1908.

**Master and servant — draftsman and elevatorman fellow-servants.**

An architectural draftsman, working for a railroad in the upper story of its station is a fellow-servant with the elevatorman employed in the building, and cannot recover for injuries received through his negligence.

APPEAL by the plaintiff, John D. Fouquet, from a judgment of the Supreme Court in favor of the defendant, entered in the office of the clerk of the county of Dutchess on the 18th day of January, 1907, upon the dismissal of the complaint by direction of the court after a trial at the Dutchess County Trial Term, the jury having theretofore rendered a verdict in favor of the plaintiff, and also from an order entered in said clerk's office on the 11th day of January, 1907, granting the defendant's motion to set aside said verdict and to dismiss the complaint.

The action was to recover damages for negligence.

*Theodore H. Silkman* [*Harry W. Alden* with him on the brief], for the appellant.

*John C. Robinson* [*Frank V. Johnson* with him on the brief], for the respondent.

GAYNOR, J.:

The plaintiff was employed by the defendant as architectural draughtsman, and provided by it with a room upstairs in its building known as the Grand Central Station, New York city, where its passenger trains come in and go out. He was hurt by the negligence of the elevator man, also employed by the defendant, while being carried up to his room by the elevator in said building, which is used by all of the employees of the defendant who work in rooms or offices in the said building. The plaintiff and the elevator man were fellow servants (*Ross* v. *N. Y. C. & H. R. R. R. Co.*, 5 Hun, 488; affirmed, 74 N. Y. 617, without opinion; *McDonald* v. *Simpson-Crawford Co.*, 114 App. Div. 859; *Wright* v. *N. Y. C. R. R. Co.*, 25 N. Y. 564; *Vick* v. *N. Y. C. & H. R. R. R. Co.*, 95 id. 267; *Spees* v. *Boggs*, 198 Penn. St. 112).

The judgment should be affirmed.

Present — WOODWARD, JENKS, HOOKER, GAYNOR and MILLER, JJ.

Judgment and order unanimously affirmed, with costs.